FILE COPY

DATE: 4/20/2015

RE: Case No. 15-0105
COA #: 12-14-00217-CV    TC#: 2013-0254-P-1

STYLE: BARBARA GAIL HARRIS
v. HAYDEN R. MAYFIELD, INDEPENDENT EXECUTOR OF THE
ESTATE OF HAYDEN R. MAYFIELD, DECEASED, AND
TRUSTEE UNDER THE WILL OF HAYDEN R. MAYFIELD

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 21 2015
TYLER TEXAS
CATHY S. LUSK, CLERK